UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAMARA J. PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 1:14-CV-1093-LJM-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Pursuant to sentence four of Section 405(g) of the Social Security Act, and in light of the

parties' Joint Motion for Entry of Judgment with Remand, this Court hereby finds that the

Commissioner's decision should be **REVERSED**, and this case **REMANDED** to the

Commissioner, for further administrative proceedings.

The parties agree that, on remand, the Administrative Law Judge will be directed to further

evaluate the medical source opinions, including, but not limited to Dr. Magid's opinion; provide

adequate rationale for either the weight assigned to these medical source opinions of record;

further evaluate the opinion of non-medical sources in accordance with Social Security Ruling

06-3p; further evaluate of the nature and severity of the mental impairments, including claimant's

conversion disorder; further evaluate the claimant's residual functional capacity and provide

adequate rationale and evidence to support the residual functional capacity; further evaluate the

claimant's credibility; obtain evidence from a medical expert; and if warranted, obtain vocational

expert testimony to clarify the mental and physical demands of the claimant's past relevant work and the effect of the assessed limitations on her ability to perform past work.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of January 2015.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF